☒ FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 0 4 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

DENNIS K. BURKE
United States Attorney
District of Arizona

KEVIN M. RAPP
Assistant U.S. Attorney
Arizona State Bar No. 014249
kevin.rapp@usdoj.gov
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Robert Alexander,<br><br>　　　　Defendant. | NO. **CR 11 15 1 1 PHX JAT**<br><br>**INFORMATION**<br><br>VIO:  Title 18 U.S.C. §§ 371 and 1343<br>　　　(Conspiracy to Commit Wire<br>　　　Fraud)<br>　　　(Count One) |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

**Conspiracy to Commit Wire Fraud**

[Title 18 U.S.C. § 371]

### COUNT 1

From as early as September, 2005, through August, 2006, in the District of Arizona, defendant, ROBERT ALEXANDER, and others, conspired, confederated and agreed with others to commit an offense against the United States of America, by (1) engaging in an ongoing conspiracy to purchase real estate using unqualified straw buyers; (2) receiving "cash back" from home sales by obtaining loans from financial institutions based upon false information contained in the loan applications; (3) concealing the "cash back" disbursement to the borrowers by removing the addenda reflecting the agreement regarding "cash back" between the buyer and

seller; (4) receiving commissions and/or bonuses for facilitating the transactions; and (5) wires were used to transmit loan applications, deeds of trust and escrow documents, and transmit and transfer funds for the purchase of the homes listed below.

The following chart summarizes the properties where ALEXANDER and other co-conspirators negotiated transactions where "cash back" was concealed from the lenders and disbursed to unqualified buyers. Each of the loans for purchase of the corresponding properties in the chart below involved a wire transfer directed by the lender.

| | Property Address | Buyer | Amount of Loan | Cash Back Disbursement to Buyer | Lender |
|---|---|---|---|---|---|
| 1 | 1800 E. Desert Rose Trail, Queen Creek | A.M. | $252,874.95 | $20,000.00 | Victoria Funding Services |
| 2 | 573 E. Red Rock Trail, Queen Creek | A.M. | $307,982.42 | $20,000.00 | Guardian Mortgage Services |
| 3 | 132 E. Rock Wren Drive, Queen Creek | A.M. | $260,130.70 | $38,374.05 | Victoria Funding Services |
| 4 | 2975 E. Sierra Madre Avenue, Gilbert | B.R. | $597,786.82 | $37,000.00 | First Horizon Home Loans |
| 5 | 252 E. Diamond Trail, Queen Creek | H.L. | $309,909.88 | $21,711.33 | The Mortgage Store |
| 6 | 40867 N. Arbor Avenue, Queen Creek | H.L. | $275,319.94 | $22,303.53 | Guardian Mortgage Services |
| 7 | 269 E. Saddle Way, Queen Creek | J.M. | $274,819.04 | $27,846.62 | Impac Funding Corp. |
| 8 | 33161 N. North Butte Drive, Queen Creek | J.G. | $274,819.04 | $23,611.00 | New West Lending |

| 9 | 669 E. Lovegrass Drive, Queen Creek | R.M. | $321,445.52 | $20,000.00 | Guardian Mortgage Services |
| --- | --- | --- | --- | --- | --- |
| 10 | 1985 E. Shetland, Queen Creek | R.M. | $338,130.33 | $20,000.00 | Guardian Mortgage Services |
| 11 | 1119 E. Renegade Trail, Queen Creek | W.H. | $269,675.28 | $25,000.00 | Stonecreek Funding Corp. |
| 12 | 10493 N. Bareback Trail, Queen Creek | D.M. | $303,150.00 | $50,470.08 | First Horizon Home Loans |
| 13 | 29728 N. Yellow Bee, Queen Creek | D.M. | $ 336,136.14 | $30,243.07 | Western Horizon Mortgage |
| 14 | 363 E. Cheyenne Road, Queen Creek | D.M. | $293,457.41 | $30,504.11 | Western Horizon Mortgage |
| 15 | 30885 N. Green Trail, Queen Creek | H.L. | $249,479.52 | $30,000.00 | New West Lending |
| 16 | 1612 E. Desert Rose Trail, Queen Creek | H.L. | $303,709.44 | $20,000.00 | New West Lending |

All in violation of Title 18, U.S.C. §§ 371 and 1343.

Dated this 21st day of June, 2011.

DENNIS K. BURKE
United States Attorney
District of Arizona

*/s/ Kevin M. Rapp*
KEVIN M. RAPP
Assistant U.S. Attorney